# United States Court of Appeals
## For the First Circuit

No. 09-1178

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY MATOS,

Defendant, Appellant.

**Errata Sheet**

The opinion of this Court issued on July 7, 2010, is amended as follows:

On page 24, line 14, should be corrected to read: "the sale of 22 Burr Street"